1 | **AKIN GUMP STRAUSS HAUER & FELD LLP**
2 | GREGORY W. KNOPP (SBN 237615)
  | MARK R. CURIEL (SBN 222749)
3 | JONATHAN P. SLOWIK (SBN 287635)
  | gknopp@akingump.com
4 | mcuriel@akingump.com
  | jpslowik@akingump.com
5 | 2029 Century Park East, Suite 2400
  | Los Angeles, CA 90067
6 | Telephone:  310-229-1000
  | Facsimile:  310-229-1001

7 | Attorneys for Defendant Starbucks Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DOUGLAS TROESTER, on behalf of himself, and all others similarly situated, | Case No. 2:12-cv-07677-GAF-PJW |
|---|---|
| Plaintiffs, | **DEFENDANT STARBUCKS CORPORATION'S COMPENDIUM OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| v. | |
| STARBUCKS CORPORATION, a Washington corporation; and DOES 1-50, inclusive, | Date:  February 10, 2014<br>Time:  9:30 a.m.<br>Crtrm:  740 |
| Defendants. | [Notice of Motion and Motion, Separate Statement of Undisputed Facts, and Proposed Order filed Concurrently] |
| | Judge:  Hon. Gary A. Feess |
| | Date Action Filed: August 6, 2012 |

| Description | Page |
|---|---|
| **Declaration of Gregory W. Knopp** | 2 |
|     **Exhibit A:** Relevant pages from the deposition transcript of Douglas Troester dated March 6, 2013 | 3 |
| **Declaration of Cecelia Cerna** | 65 |
|     **Exhibit B:** Punch Communication Log for the week of October 20, 2008 to October 26, 2008 | 67 |
|     **Exhibit C:** Punch Communication Log for the week of November 3, 2008 to November 9, 2008 | 68 |
|     **Exhibit D:** Punch Communication Log for the week of March 2, 2009 to March 8, 2009 | 69 |
|     **Exhibit E:** Punch Communication Log for the week of December 7, 2009 to December 13, 2009 | 70 |
| **Declaration of Michelle Westby** | 71 |
|     **Exhibit F:** Punch Communication Log for the week of November 15, 2010 to November 21, 2010 | 73 |
| **Declaration of Jana Rutt** | 74 |
|     **Exhibit G:** Douglas Troester's Time Punch Records from August 6, 2008 to present | 76 |
|     **Exhibit H:** Copy of a call made to the Partner Contact Center on July 1, 2005 | 208 |
| **Declaration of Joshua Long** | 209 |
|     **Exhibit I:** Diebold Alarm Records for the Hollywood Way store for the period of February 5, 2008 to January 6, 2011 | 210 |
| **Declaration of Jonathan Slowik** | 317 |

Dated: December 30, 2013

AKIN GUMP STRAUSS HAUER & FELD LLP
Gregory W. Knopp
Mark R. Curiel
Jonathan P. Slowik

By____/s/ Gregory W. Knopp____
Gregory W. Knopp
Attorneys for Defendant
Starbucks Corporation

DEFENDANT STARBUCKS CORPORATION'S COMPENDIUM OF EVIDENCE
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On December 30, 2013, I served the foregoing document(s) described as:

**DEFENDANT STARBUCKS CORPORATION'S COMPENDIUM OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 30, 2013 at Los Angeles, California.

Carmen M. Ayala
[Print Name of Person Executing Proof]     [Signature]