# DECLARATION OF GREGORY W. KNOPP

# DECLARATION OF GREGORY W. KNOPP

I, Gregory W. Knopp, hereby declare as follows:

1. I am a partner at the law firm of Akin Gump Strauss Hauer & Feld LLP, and counsel of record for defendant Starbucks Corporation in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to these facts under oath. I submit this declaration in support of Defendant Starbucks Corporation's Motion for Summary Judgment or, in the Alternative, Summary Adjudication.

2. Attached hereto as **Exhibit A** is a true and correct copy of relevant pages from the Deposition Transcript of Douglas Troester, dated March 6, 2013.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of December, 2013 at Los Angeles, California.


　　　　　　　　　　　　　　　　　　*/s/ Gregory W. Knopp*
　　　　　　　　　　　　　　　　　　Gregory W. Knopp