# PUNCH COMMUNICATION LOG

**WEEK 4 – 10/20/08 - 10/26/08**   STORE # ~~DE~~ 10801

Use this log to indicate missed punches that require management approval to ensure that all partners are paid accurately for all hours worked. Use of this log is not a substitute for punching in and out in accordance with the Starbucks Time and Attendance Policy (see Partner Resources Manual for more details).

| DATE | PARTNER NAME | PARTNER # | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | DETAILED DESCRIPTION | PARTNER INITIALS | DATE | MANAGER INITIALS | DATE ENTERED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20 | Rochelle Moore | 1446255 | 12:05 | ~~█~~ | | | Forgot to clock in | RM | 10/20 | a | 10/25 |
| 10/21 | Doug Troester | 1264614 | 12:00pm | | | 2:15pm | Training CM | DRT | 10-21 | a | 10/25 |
| 10/21 | Doug Troester | 1264614 | | | 9:08pm | | OOPS! Sorry:: | DRT | 10-21 | a | 10/25 |
| 10/22 | Mason Glenn | 1438059 | 7:35am-9:48am | | | | Non coverage - sampling event | MA | 10/22 | a | 10/25 |
| 10/22 | Michelle Lopez | 1567029 | | | | 7:27pm | think I forgot to punch in | ML | 10/22 | a | 10/25 |
| 10/24 | Mason Glenn | 1438059 | 5:20am | | | | pick T product b4 work | MA | 10/24 | a | 10/25 |
| 10/20 | Jessica Harken | 1451161 | 4am | | | | | | | a | 10/25 |
| 10/24 | Melanie Howard | 1406673 11/8/08 | 4am | | | | | MH | 10/25 | a | 10/25 |
| 10/20 | Debbie Hoy | 1219708 | | | 258p | | 3p S/S meeting | DH | 11/02/08 | a | 10/25 |
| 10/20 | Rachel Moore | 1440255 | | | | | M/B violation | | | a | 10/25 |
| 10/22 | Rachel Moore | 1440255 | 3p | - | - | 7p | SE | EM PM | 10/22 | a | 10/25 |
| 10/22 | Doug Troester | 1264614 | | | 1259p | | | | 10/22 | a | 10/25 |
| 10/24 | Doug Troester | 1264614 | 4a | | | | M/B violation | | | a | 10/25 |
| 10/23 | Andrew Tr~~~ | 1404030 | 8p | | | | Training | | | a | 10/25 |
| 10/20 | Cecilia Robles | 1107143 | 8 | 12 | 1220 | 430p | Non cov. New Orleans! | CR | 10/25 | AC | 10/27 |
| 10/25 | Cecilia Robles | 1107143 | | | | 2p | Made copies @ training ctr | CR | 10/25 | AC | 10/27 |
| 10/25 | Doug Troester | 1264614 | | 7:05 | 7:35 | | Correcting wrong time punch | DRT | 10/25 | AC | 10/27 |
| 10/26 | Jessica Harken | 1451161 | 4am | 6:14A | 6:46A | - | No in punch | | | AC | 10/27 |
| 10/26 | Kristen Barnoya | 1479863 | | 7:33am | 8:03A | | M/B Violation | KB | 10/26 DRT | 10/27 |
| 10/25 | Mason Glenn | 1438059 | 11:00a | | | | | MA | 11/2 | AC | 10/28 |
| 10/26 | Mason Glenn | 1438059 | | | | 3:45p | | MA | 11/2 | AC | 10/28 |
| ~~10/26~~ | ~~Jessica Harker~~ | ~~1451161~~ | ~~4:00a~~ | | | | | | | ~~AC~~ | ~~10/27~~ |
| 10/26 | Doug Troester | 1264614 | | | | 5:15p | | DRT | 6:35 | AC | 10/27 |

STAR_TROESTER_000520
CERNA DECL EX B, PAGE 67

CONFIDENTIAL