# PUNCH COMMUNICATION LOG

WEEK 6 – 11/03/08 - 11/09/08

STORE # 10801

Use this log to indicate missed punches that require management approval to ensure that all partners are paid accurately for all hours worked. Use of this log is not a substitute for punching in and out in accordance with the Starbucks Time and Attendance Policy (see Partner Resources Manual for more details).

| DATE | PARTNER NAME | PARTNER # | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | DETAILED DESCRIPTION | PARTNER INITIALS | DATE | MANAGER INITIALS | DATE ENTERED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/03 | Debra Hoy | 1219708 | | | 332p | | | DH | 11/18/08 | a | 11/04 |
| 11/04 | Jazz Tveto | 1508634 | | | 1248p | | | | | a | 11/04 |
| 11/04 | Andrew Trotta | 1469030 | 9:15a | | | | | | | a | 11/04 |
| 11/05 | Douglas R Troester | 1264614 | | | | | 2:15pm adjustment for P/V Prod | DR | 11-5 | a | 11/08 |
| 11/7 | Mason Glenn | 1438059 | 9:15am (NON-COV) | | | | sampling - no one to clock me in | MA | 11/7 | a | 11/10 |
| 11/9 | Kris Barnous | 1479663 | 4:00am | | | | Didn't punch | KB | 11/9 | a | 11/10 |
| 11/?? | Alicia Atkins?? | 1612551 | | 2vk2 | | | 1 hr M/B | | | a | 11/10 |
| 11/08 | Jessica Harken | 1451161 | 4p | | | | | | | a | 11/10 |
| 11/08 | Ceci Robles | 1107143 | | | | | 5 hr. Classroom tac | a | 11/10 | a | 11/10 |
| 11/07 | Jazz Tveto | 1508634 | | | | | | | | a | 11/10 |
| 11/09 | Doug Troester | 1264614 | | | 108p | | | DRT | 11-9 | a | 11/10 |