# PUNCH COMMUNICATION LOG

WEEK 23 – 03/02/09 - 03/08/09   STORE # 1080

*Use this log to indicate missed punches that require management approval to ensure that all partners are paid accurately for all hours worked. Use of this log is not a substitute for punching in and out in accordance with the Starbucks Time and Attendance Policy (see Partner Resources Manual for more details).*

| DATE | PARTNER NAME | PARTNER # | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | DETAILED DESCRIPTION | PARTNER INITIALS | DATE | MANAGER INITIALS | DATE ENTERED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/2/09 | Douglas R Troester | 1264614 | | | 30 Min | | Punch out for Training | DT | 3/2/09 | OL | 3/03 |
| 3/2/09 | Kris Barnoya | 147963 | | | | 9:14pm | forget to punch out | KB | 3/3/09 | OL | 3/04 |
| 3/2/09 | Kris Barnoya | 147963 | 1:00 pm | | | | Comp. did not recognize numbers | KB | 3/3/09 | OL | 3/04 |
| 3/04/09 | Molly McGrath | 1315884 | | | 7:49 | | | M | 3/04 | OL | 3/06 |
| 3/08/09 | Sandy Bowles | 1195874 | 4:30am | | | | Daylight Savings | SB | 03/08/09 | OL | 3/08 |
| 3/8 | Molly McGrath | 1315884 | 4:30a | | | | | | 3/09 | OL | 3/09 |
| 03/05 | Douglas Troester | 1264614 | 2:30 | | | | On-time - Helping Guest first hr | DT | 3/08 | OL | 3/09 |
| 03/07 | Douglas Troester | 1264614 | | | Non Cover | 7:46 | Deepclean floors - Took longer than thought | DT | 3/9 | OL | 3/09 |
| 3/06 | Alicia Aitken | 1492599 | | | 820p | | | AA | 3/00 | OL | 3/09 |
| 3/07 | Alicia Aitken | 1492599 | | | 734p | | | AA | 3.00 | OL | 3/09 |
| 3/06 | Nanon Fizzari | 128774 | | | 928p | | | NF | 3/22 | OL | 3/09 |
| 3/07 | Rachel Moore | 1411255 | | | 1035p | | | RM | 3/24 | OL | 3/09 |
| 3/08 | Andrew Trotta | 1409030 | | | 712 am | | | AT | 3.20 | OL | 3/09 |