# PUNCH COMMUNICATION LOG — Week 11 — Dec 7 – 13 — STORE # 1080

Use this log to indicate missed punches that require management approval to ensure that all partners are paid accurately for all hours worked. Use of this log is not a substitute for punching in and out in accordance with the Starbucks Time and Attendance Policy (see Partner Resources Manual for more details).

| DATE | PARTNER NAME | PARTNER # | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | DETAILED DESCRIPTION | PARTNER INITIALS | DATE | MANAGER INITIALS | DATE ENTERED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/9 | Dory Troester | 1264614 | | | | 0430 | P/O Product | DT | 12/9 | CR | 12/10 |
| 12/07 | Alicia Aitken | 1492599 | | | 708p | | | AA | 12/10 | CR | 12/08 |
| 12/08 | Alicia Aitken | 1492599 | | | 612p | | | AA | 12/10 | CR | 12/10 |
| 12/09 | Alicia Aitken | 1492599 | | | 7.18p | | | AA | 12/10 | CR | 12/10 |
| 12/08 | Ceci Robles | 1107143 | | | | 745a | | CR | 12/08 | CR | 12/10 |
| 12/08 | Ceci Robles | 1107143 | | | | | S.S. MIT/MB | CR | 12/08 | CR | 12/10 |
| 12/12 | Ceci Robles | 1107143 | | | | 345p | P/U Product to Toluca | CR | 12/14 | CR | 12/14 |
| 12/3 | Michelle Lopez | 1507029 | | | 220p | | | ML | 1/12 | CR | 12/14 |
| 12/12 | Molly McGrath | 1315884 | 5am | | | | | MM | 12/18 | CR | 12/14 |
| 12/07 | Ceci Robles | 1107143 | | | | | M/B | CR | 12/14 | CR | 12/14 |

CONFIDENTIAL

STAR_TROESTER_000562
CERNA DECL EX E, PAGE 70