# DECLARATION OF MICHELLE WESTBY

## DECLARATION OF MICHELLE WESTBY

I, Michelle Westby, hereby declare as follows:

1.      I am currently employed by Starbucks as a store manager at the Balboa and Knollwood store in Granada Hills, California.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to those facts under oath.

2.      I was the store manager at the Hollywood Way store in Burbank, California from February 2010 to March 2012.  During a portion of this time, Douglas Troester worked as a shift supervisor at my store.

3.      I have no knowledge of Troester ever bringing in patio furniture, or letting employees back into the store after closing up.  Nor do I have any knowledge of Troester ever waiting with other employees for rides after closing shifts.

4.      If Troester ever performed work while not clocked in, he should have recorded that time in the Punch Communication Log.  Troester never told me that he was not paid for work performed while he was not clocked in.  Nor has any other Starbucks employee ever told me that Troester performed work without getting paid.

5.      Starbucks does not require its employees to remain together after closing shifts while an employee is waiting outside the store for a ride home.  Sometimes, an employee will wait with a coworker for his or her ride to show up as a courtesy, but I have never asked any employee, including Troester, to do so.

6.      Attached hereto as **Exhibit F** is a true and correct copy of the store's Punch Communication Log for the week of November 15, 2010 to November 21, 2010.  Five lines from the bottom of Exhibit F is an entry for "Doug Troester" dated "11/20".  I am familiar with Troester's handwriting and remember it well because it is very distinctive. I recognize the handwriting in this entry as Troester's.  In the description box of this entry, Troester writes "Wrong time in to start."  This description means that the "in"

/ / /

1  punch recorded in the electronic punch system should be manually edited to reflect the
2  correct clock in time.

3       I certify under penalty of perjury under the laws of the United States that the
4  foregoing is true and correct.

5       Executed this 20th day of December, 2013 at Granada Hills, California.

8                                    Michelle Westby

2

DECLARATION OF MICHELLE WESTBY

105777691 v2