# PUNCH COMMUNICATION LOG

Week 7 — Nov 15 – 21    STORE # 10801

Use this log to indicate missed punches that require management approval to ensure that all partners are paid accurately for all hours worked. Use of this log is not a substitute for punching in and out in accordance with the Starbucks Time and Attendance Policy (see Partner Resources Manual for more details).

| DATE | PARTNER NAME | PARTNER # | IN PUNCH | MEAL OUT | MEAL IN | OUT PUNCH | DETAILED DESCRIPTION | PARTNER INITIALS | DATE | MANAGER INITIALS | DATE ENTERED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/15 | Marion Fazzari | 1287774 | 9:45A | | 11:51am | 2:30p | Missing punch | MF | 11/19/10 | MC | 11/16/10 |
| 11/16 | Molly McGrath | 315884 | | | 11:11a | | Missed punch | | 11/17 | MC | 11/17/10 |
| 11/16 | Jazz Trejo | 1508034 | 1:15pm Training | | | 2pm | missed punch | | | MC | 11/17/10 |
| 10/17 | Doug Troester | 1264614 | | | 7:30p | 10:58 | System Convert | DRT | | MC | 11/19 |
| 10/17 | Ivan Madero | 1661816 | | | | 10:58 | System Convert | IM | | MC | 11/19 |
| 11/18 | Will Ayers | 1490490 | 3:15 | | | | didnt clock in | | | MC | 11/19 |
| 11/18 | Mel Copenhagen | 1240427 | | | | 4pm | No punch out | | | MC | 11/19 |
| 11/18 | Molly McGrath | 315884 | 5am | | | | Picked up product | | | MC | 11/19 |
| 11/17 | Jazz Trejo | 1508034 | | 12pm | 12:30 | | lunch | | | MC | 11/19 |
| 11/15 | Rory Tripp | 1724546 | 5am | | 7:12am | | Training | | | MC | 11/19 |
| 11/18 | Celen Westby | 131796 | 3:18am | In 4:30am | | | Train / Barista | CW | 11/19 | MC | 11/19 |
| 11/18 | Andrew Trotta | 1464030 | 3:18am | | | 6:10am | Train | | | MC | 11/19 |
| 11/15 | Celen Westby | 131796 | 5m | 6:20p | 6:50p | 1:45m | Train / Non C | CW | 11/19 | MC | 11/19 |
| 11/16 | Celen Westby | 131796 | | | | 5pm | | CW | 11/19 | MC | 11/19 |
| 11/17 | Celen Westby | 131796 | 2:30m | | | 3m | | CW | 11/19 | MC | 11/19 |
| 11/20 | Doug Troester | 1264614 | 5:50 | | | | Wrong time in to start PRT 11/20 | DRT | | | |
| 11/20 | | 1490490 | | | | 5pm | missed punch | | | MC | 11/22/10 |
| 11/19 | Amy Flores | 1497745 | | | 12:18p | | no punch | | | MC | 11/22 |
| 11/19 | | 1507032 | | | | 1:35p | Missed punch | | | MC | 11/22 |
| 11/19 | | 1906030 | | | | 9am | Missed punch | | | MC | 11/22 |