

## PSS Case Information

| | |
|---|---|
| ID | 1841891 |
| Description | Hours inquiry |
| Assigned To | AIvy |
| Categorization | Hours (working) -> Regular (1000) -> Addition -> Entry -> Reason: Not Entered |
| Status | Closed |
| Priority | Normal - C |
| Activity | |
| Keyword | |
| Recall | |
| Reminder | ☐ |

## Details

| | |
|---|---|
| *Off Cycle Payment | No |
| *Payroll Area | WA (ID,WA, WY, AZ, NV) |
| *State / Province | |
| *Type of Action | Inquiry |
| Due Date | |
| *Store / Cost Center # | 5544 |

## Resolution Codes

| | |
|---|---|
| Resolution 1 | Completed |

## Customer Information

| | |
|---|---|
| ID | 1264614 |
| Customer | Douglas Troester |

## Contact Information

Contact: Douglas Troester
Partner #: 1264614
Store #: 10801
Phone:
Fax:
Company:
Title:
Dept:
Email:
Address:

## Notes

**** Entered By: Devon Carroll @ 07/01/2005 10:44 AM ****

Other/General Case Data:
Caller Contact phone number:

Action Needed:

Hours inquiry. Partner was not paid for a number of hours from his new store. Told him to have SM call in and enter hours for off cycle check.

Notes:

SSN has been verified.

Floor Coach (if consulted):