# DECLARATION OF JOSHUA LONG

# DECLARATION OF JOSHUA LONG

I, Joshua Long, hereby declare as follows:

1. I am currently employed by Diebold, Inc. as a Manager – Technical & Services Delivery. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to those facts under oath.

2. Diebold alarm systems are used in many of Starbucks California stores, including the store at 2555 N. Hollywood Way in Burbank, California (the "Hollywood Way Store").

3. In the ordinary course of business, Diebold's alarm systems generate records of all alarm transactions, including when the alarm is activated and deactivated. These records are generated automatically and at the same time the transaction occurs.

4. Attached hereto as **Exhibit I** is a true and correct copy of the Diebold alarm records for the Hollywood Way Store for the period February 5, 2008 to January 6, 2011.

5. The entries in Exhibit I with the event "LOG Passcard Close" indicate that the store's alarm system was activated at the time indicated. The entries with the event "LOG Passcard Open" indicate that the store's alarm system was deactivated at the time indicated.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of December, 2013 Uniontown, Ohio.

_____
Joshua Long

1
DECLARATION OF JOSHUA LONG

105782656 v1

PAGE 209