| | |
|---|---|
| 1 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 2 | GREGORY W. KNOPP (SBN 237615)<br>MARK R. CURIEL (SBN 222749) |
| 3 | JONATHAN P. SLOWIK (SBN 287635)<br>gknopp@akingump.com |
| 4 | mcuriel@akingump.com<br>jpslowik@akingump.com |
| 5 | 2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067 |
| 6 | Telephone:   310-229-1000<br>Facsimile:    310-229-1001 |
| 7 | Attorneys for Defendant Starbucks Corporation |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS TROESTER, on behalf of himself, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:12-cv-07677-GAF-PJW<br><br>**DECLARATION OF JONATHAN P. SLOWIK IN SUPPORT OF DEFENDANT STARBUCKS CORPORATION'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>[Reply Memorandum, Reply Separate Statement, Evidentiary Objections, and Responses to Plaintiff's Evidentiary Objections, filed concurrently]<br><br>Date:   March 10, 2014<br>Time:   9:30 a.m.<br>Crtrm:  740<br><br>Judge:   Hon. Gary A. Feess<br><br>Date Action Filed: August 6, 2012 |

## DECLARATION OF JONATHAN P. SLOWIK

I, Jonathan P. Slowik, hereby declare as follows:

1. I am an associate at the law firm of Akin Gump Strauss Hauer & Feld LLP, and counsel of record for defendant Starbucks Corporation in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to these facts under oath. I submit this supplemental declaration in support of Defendant Starbucks Corporation's Motion for Summary Judgment or, in the Alternative, Summary Adjudication.

2. I have reviewed Shaun Setareh's analysis of Douglas Troester's time records and the alarm records of Troester's store, attached as Exhibit AA to the Setareh Declaration. I have compared the data used by Mr. Setareh in his analysis to the alarm records for Troester's store, attached to the declaration of Joshua Long as Exhibit I.

3. My review revealed significant errors in Mr. Setareh's analysis. In at least seven entries, Mr. Setareh's spreadsheet lists the wrong alarm time. Collectively, these incorrect times inflate Mr. Setareh's estimate for "time of [sic] clock" by 6 hours, 44 minutes.

4. For Troester's February 14, 2009 shift, Mr. Setareh uses an alarm time of 12:07 a.m. (This was the alarm time for the previous closing shift.) In fact, the alarm was set at 10:44 p.m. Troester clocked out that night at 10:43 p.m. [Long Decl., Ex. I at 216; Rutt Decl., Ex. G at 142.]

5. For Troester's March 26, 2009 shift, Mr. Setareh uses an alarm time of 10:53 p.m. (This was the alarm time for the previous closing shift.) In fact, the alarm was set at 10:48 p.m. Troester clocked out that night at 10:47 p.m. [Long Decl., Ex. I at p. 220; Rutt Decl., Ex. G at 146.]

6. For Troester's May 6, 2009 shift, Mr. Setareh uses an alarm time of 10:58 p.m. While the alarm was, in fact, set at this time, it was initially set at 10:56 p.m. Troester clocked out that night at 10:51 p.m. [Long Decl., Ex. I at 225; Rutt Decl., Ex. G at 150.]

1

7. For Troester's May 9, 2009 shift, Mr. Setareh uses an alarm time of 10:58 p.m. This appears to be a typographical error, because in fact, the alarm was set at 10:36 p.m. Troester clocked out that night at 10:36 p.m. [Long Decl., Ex. I at 225; Rutt Decl., Ex. G at 150.]

8. For Troester's August 8, 2009 shift, Mr. Setareh uses an alarm time of 11:09 p.m. This appears to be a typographical error, because in fact, the alarm was set at 10:32 p.m. Troester clocked out that night at 10:31 p.m. [Long Decl., Ex. I at 236; Rutt Decl., Ex. G at 159.]

9. For Troester's November 21, 2009 shift, Mr. Setareh uses an alarm time of 12:38 a.m. (This was the alarm time for the previous closing shift.) In fact, the alarm was set at 10:39 p.m. Troester clocked out that night at 10:38 p.m. [Long Decl., Ex. I at 247; Rutt Decl., Ex. G at 169.]

10. For Troester's July 27, 2010 shift, Mr. Setareh uses an alarm time of 1:07 a.m. While the alarm was, in fact, set at this time, it was initially set at 10:51 p.m. Troester clocked out that night at 10:51 p.m. [Long Decl., Ex. I at 271; Rutt Decl., Ex. G at 192.]

11. In Mr. Setareh's analysis, he includes the seconds place in the alarm times but not the punch times. Collectively, this discrepancy inflates Mr. Setareh's estimate for "time of [sic] clock" by 2 hours, 3 minutes.

12. Attached hereto as **Exhibit A** is a true and correct copy of relevant pages from the Deposition Transcript of Paul O'Leary, dated January 24, 2014.

///
///
///

1       13.    Attached hereto as **Exhibit B** is a true and correct copy of relevant pages from the Deposition Transcript of Jana Rutt, dated January 8, 2014.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of February, 2014 at Los Angeles, California.

                                                            /s/ *Jonathan P. Slowik*
                                                               Jonathan P. Slowik