```
 1           IN THE UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4      DOUGLAS TROESTER, on behalf      )
 5      of himself, and all others       )
 6      similarly situated,              )
 7                    Plaintiffs,        )
 8              vs.                      ) No.
 9      STARBUCKS CORPORATION, a         ) 2;12-CV-07677-GAF-
10      Washington corporation; and      ) PJW
11      DOES 1-50, inclusive,            )
12                    Defendants.        )
13      _____
14
15
16
17          Deposition of PAUL B. O'LEARY, taken
18          at 2208 North 30th Street, Tacoma,
19          Washington, commencing at 10:20 a.m.,
20          Friday, January 24, 2014, before
21          Christy Sheppard, CCR, RPR.
22
23
24      JOB No. 1800937
25      PAGES 1 - 69
```

```
                                                              Page 55
 1   Q   (By Mr. Benowitz)  And so aside from the ones with the
 2       till, are there other ones that have to be done before
 3       others as part of the training?
 4                 MR. CURIEL:  Objection.  Overbroad.
 5       Go ahead.
 6                 THE WITNESS:  Yeah, you couldn't --
 7       you can't arm the alarm system before you run store
 8       close.  You can't -- we are trained to clock out after
 9       you have run store close.  And those are really the ones
10       we are trained to do.
11            So, for example, I could theoretically do a final
12       walkthrough of the store before I run store close, but we
13       are trained specifically to run store close and then
14       clock out and then arm the alarm system.
15   Q   (By Mr. Benowitz)  And how long does arming the alarm
16       system take?
17   A   Five seconds.
18   Q   And lock and leaving the store?
19   A   Twenty seconds.
20   Q   Do any of these ever take longer?
21   A   Again, depending on the size of the store, but you are
22       walking from the back of the store to the front of the
23       store, so it's less than a minute.
24   Q   Locking doors?
25   A   A second.  You are just turning the key.  You are just
```

| Page | Line | | |
|---|---|---|---|
| _____ | _____ | Change: _____ | _____ |
| | | Reason: _____ | _____ |
| _____ | _____ | Change: _____ | _____ |
| | | Reason: _____ | _____ |
| | | Change: _____ | _____ |
| _____ | _____ | Reason: _____ | _____ |
| | | Change: _____ | _____ |
| _____ | _____ | Reason: _____ | _____ |
| | | Change: _____ | _____ |
| _____ | _____ | Reason: _____ | _____ |
| | | Change: _____ | _____ |
| _____ | _____ | Reason: _____ | _____ |
| | | Change: _____ | _____ |
| _____ | _____ | Reason: _____ | _____ |
| | | Change: _____ | |

_____  Subject to the above changes, I certify that the transcript is true and correct.

___X___  No changes have been made. I certify that the transcript is true and correct.

_____        FEBRUARY 3, 2014
Signature                         Date

```
 1        I declare under penalty of perjury
 2   under the laws that the foregoing is
 3   true and correct.
 4
 5        Executed on FEBRUARY 3            , 20 14 ,
 6   at TACOMA          , WASHINGTON                 .
 7
```



```
12                WITNESS SIGNATURE
```

Page 68

Veritext National Deposition & Litigation Services
877-955-3855

**EXHIBIT A TO J. SLOWIK DECL. - PAGE 7**

| | |
|---|---|
| STATE OF WASHINGTON ) | I, CHRISTY SHEPPARD, |
| ) ss | CCR #1932, a duly |
| County of Pierce ) | Certified Court Reporter in and for the State of Washington residing at Buckley, do hereby certify: |

That the foregoing deposition of PAUL B. O'LEARY was taken before me and completed on January 24, 2014, and thereafter was transcribed under my direction; that the deposition is a full, true and complete transcript of the testimony of said witness, including all questions, answers, objections, motions and exceptions;

That the witness, before examination, was by me duly sworn to testify the truth, the whole truth, and nothing but the truth, and that the witness reserved the right of signature;

That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel and that I am not financially interested in the said action or the outcome thereof;

That I am herewith securely sealing the said deposition and promptly delivering the same to Attorney Louis Benowitz.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal this 28th day of January, 2014.

Christy Sheppard, CCR, RPR
Certified Court Reporter in and for the
State of Washington, residing at Buckley.

Page 69