**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
JONATHAN P. SLOWIK (SBN 287635)
gknopp@akingump.com
mcuriel@akingump.com
jpslowik@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:  310-229-1000
Facsimile:  310-229-1001

Attorneys for Defendant Starbucks Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS TROESTER, on behalf of himself, and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>STARBUCKS CORPORATION, a Washington corporation; and DOES 1-50, inclusive,<br><br>                Defendants. | Case No. 2:12-cv-07677-GAF-PJW<br><br>**DEFENDANT'S PROOF OF SERVICE RE: REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION AND ITS SUPPORTING DOCUMENTS**<br><br>Date:    March 10, 2014<br>Time:    9:30 a.m.<br>Crtrm:   740<br><br>Judge:   Hon. Gary A. Feess<br><br>Date Action Filed: August 6, 2012 |

---

DEFENDANT'S PROOF OF SERVICE RE: REPLY AND ITS SUPPORTING DOCUMENTS

106042533

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On February 24, 2014, I served the foregoing document(s) described as:

1. **DEFENDANT STARBUCKS CORPORATION'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION;**

2. **DECLARATION OF JONATHAN P. SLOWIK IN SUPPORT OF DEFENDANT STARBUCKS CORPORATION'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION;**

3. **DEFENDANT STARBUCKS CORPORATION'S REPLY SEPARATE STATEMENT OF UNDISPUTED FACTS, AND RESPONSE TO PLAINTIFF'S ADDITIONAL FACTS, IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION;**

4. **DEFENDANT STARBUCKS CORPORATION'S EVIDENTIARY OBJECTIONS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; and**

5. **DEFENDANT STARBUCKS CORPORATION'S RESPONSES TO EVIDENTIARY OBJECTIONS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 24, 2014 at Los Angeles, California.

Carmen M. Ayala                           [Signature]
[Print Name of Person Executing Proof]

---

DEFENDANT'S PROOF OF SERVICE RE: REPLY AND ITS SUPPORTING DOCUMENTS

106042533

1