JS-6

**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
JONATHAN P. SLOWIK (SBN 287635)
gknopp@akingump.com
mcuriel@akingump.com
jpslowik@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   310-229-1000
Facsimile:   310-229-1001

Attorneys for Defendant Starbucks Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS TROESTER, on behalf of himself, and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>STARBUCKS CORPORATION, a Washington corporation; and DOES 1-50, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:12-cv-07677-GAF-PJW<br><br>[Honorable Gary A. Feess]<br><br>**JUDGMENT**<br><br>Date Action Filed: August 6, 2012 |

This action came before the Court, Honorable Gary A. Feess presiding, on Defendant Starbucks Corporation's motion for summary judgment or, in the alternative, summary adjudication.

The pleadings and evidence having been fully considered, the issues having been duly considered, and a decision having been duly rendered, IT IS ORDERED AND ADJUDGED, in accordance with the Court's order filed on March 7, 2014, that Plaintiff Douglas Troester take nothing, that the action be dismissed with prejudice and on the merits, and that Defendant Starbucks Corporation recover its costs.

Dated March 20, 2014          By: _____
                              U.S. District Court Judge Gary A. Feess

106707232