Shaun Setareh (SBN 204514)
   shaun@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 711
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff
DOUGLAS TROESTER
(Additional Attorneys for Plaintiff on Next Page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS TROESTER, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington corporation; and DOES 1-50, inclusive,<br><br>*Defendants*. | Case No. 2:12-cv-07677-GAF-PJW<br><br>**PLAINTIFF DOUGLAS TROESTER'S NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT** |

## **ADDITIONAL ATTORNEYS FOR PLAINTIFF**

David Spivak (SBN 179684)
    david@spivaklaw.com
THE SPIVAK LAW FIRM
9454 Wilshire Boulevard, Suite 303
Beverly Hills, California 90212
Telephone:   (310) 499-4730
Facsimile:   (310) 499-4739

Louis Benowitz (SBN 262300)
    louis@benowitzlaw.com
LAW OFFICES OF LOUIS BENOWITZ
9454 Wilshire Boulevard, Penthouse
Beverly Hills, California 90212
Telephone:   (310) 844-5141
Facsimile:   (310) 492-4056

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff Douglas Troester hereby appeals to the U.S. Court of Appeals for the Ninth Circuit from the Judgment entered by the U.S. District Court for the Central District of California on March 20, 2014 (Doc. 39), and from all interlocutory orders that gave rise to the Judgment, including, but not limited to, the Order Re: Motion for Summary Judgment (Doc. 37) entered by the U.S. District Court for the Central District of California on March 7, 2014, granting Defendant Starbucks Corporation's motion for summary judgment.

Attached hereto as Exhibit A is a copy of the Judgment (Doc. 39).

Attached hereto as Exhibit B is a copy of the Order Re: Motion for Summary Judgment (Doc. 37).

Attached hereto as Exhibit C is the Representation Statement required by Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2 and 12-2.

                Respectfully submitted,

                SETAREH LAW GROUP

Dated: March 24, 2014         BY  /s/ Shaun Setareh
                                          SHAUN SETAREH
                                          Attorneys for Plaintiff
                                          DOUGLAS TROESTER