UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 14 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DOUGLAS TROESTER, on behalf of himself and all others similarly situated,

   Plaintiff - Appellant,

 v.

STARBUCKS CORPORATION, Washington corporation,

   Defendant - Appellee.

No. 14-55530

D.C. No. 2:12-cv-07677-GAF-PJW
U.S. District Court for Central California, Los Angeles

**MANDATE**

   The judgment of this Court, entered September 25, 2018, takes effect this date.

   This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

             FOR THE COURT:

             MOLLY C. DWYER
             CLERK OF COURT

             By: Rhonda Roberts
             Deputy Clerk
             Ninth Circuit Rule 27-7