UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 12-7677-CJC(PJWx) | Date | May 13, 2019 |
| Title | Douglas Troester v. Starbucks Corporation, et al. | | |

| | | |
|---|---|---|
| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge | |
| Isabel Martinez | Court Smart 5/13/19 | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chaim Shaun Setareh<br>David G. Spivak<br>Stanley D. Saltzman | Gregory W. Knopp<br>Jonathan P. Slowik |

**Proceedings:**     Settlement Conference

 The case is called and appearances are made. The parties and their lawyers met with Magistrate Judge Walsh. The parties are unable to reach a settlement of the case.

2 : 30

Initials of Preparer   im